UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY TED MOSKOWITZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 09CR1927-BTM |
| Plaintiff, | ) ) | |
| v. | ) ) ) | ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING HEARING |
| **JOSE LUIS RODARTE-RUEDA**, | ) ) | |
| Defendant. | ) ) | |

**IT IS HEREBY ORDERED** that the joint motion to continue the Sentencing Hearing in this matter now scheduled for January 15, 2010 at 10:00 a.m. to **February 02, 2010 at 11:00 a.m.** is granted.

**IT IS SO ORDERED**.

DATED: January 13, 2010

*/s/ Barry Ted Moskowitz*

Honorable Barry Ted Moskowitz
United States District Judge